# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 18-1799-GW-ADSx | Date | July 9, 2020 |
|---|---|---|---|
| Title | *Adrienne Morris v. Motts LLP* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael T. Houchin | Charles C. Sipos |
| | Lauren W. Staniar |

**PROCEEDINGS:** TELEPHONIC ORDER TO SHOW CAUSE RE SETTLEMENT

Settlement is being finalized. For reasons stated on the record, the hearing is continued to September 28, 2020 at 8:30 a.m. Counsel are to file a dismissal or a joint status report by noon on September 23, 2020.

: 04

Initials of Preparer   JG