JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MORRIS and NIKKI COOK, individually, on behalf of all others similarly situated, and the general public,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MOTT'S, LLP, a Delaware Partnership; GENERAL MILLS, INC. a Delaware corporation,<br><br>　　　　　　　Defendants. | Case No.: SACV 18-1799-GW-ADSx<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

*Morris v. Motts, LLP,* Case No. 8:18-cv-01799-GW-ADS
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)
149618304.1

1  Before the Court is the Parties' Joint Stipulation Dismissing Action Without
2  Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having
3  reviewed and considered the Parties' Joint Stipulation, the Court hereby **GRANTS**
4  the Parties' Joint Stipulation. Accordingly, this action is hereby **DISMISSED**
5  **WITHOUT PREJUDICE**. The Clerk is instructed to close this case.

7  **IT IS SO ORDERED.**

10  DATED: September 22, 2020

   HON. GEORGE H. WU
   United States District Judge

- 1 -

*Morris v. Motts, LLP,* Case No. 8:18-cv-01799-AG-ADS
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)
149618304.1